**Order entered September 10, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00307-CV

**THIEN AN VO, Appellant**
**V.**
**HARRIS COUNTY COMMISSIONERS COURT, Appellee**

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-72816**

### ORDER

Although ordered to file by August 31, 2021 a supplemental reporter's record of the proceeding held May 10, 2021, court reporter Darlene Stein has failed to do so. Accordingly, we again **ORDER** Ms. Stein to file the supplemental record. Should a record of the May 10th proceeding not exist, Ms. Stein shall state so in writing. The supplemental record or written verification shall be filed no later than September 27, 2021.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Stein and the parties.

/s/     KEN MOLBERG
        JUSTICE